NEW YORK FEED CO., INC., ET AL. *v.* LEARY ET AL.

No. 992.   Decided February 27, 1970*

*Herald Price Fahringer* for appellants in No. 992. *Ralph J. Schwarz, Jr.,* and *Albert B. Gerber* for appellants in No. 998.

*J. Lee Rankin* and *Stanley Buchsbaum* for appellee Leary in both cases, and *Frank S. Hogan, pro se,* and *Michael R. Juviler* for appellee Hogan in both cases. *Louis J. Lefkowitz,* Attorney General of New York, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Charles A. La Torella, Jr.,* Assistant Attorney General, filed a motion to dismiss or affirm for the Attorney General of New York.

PER CURIAM.

The motions to affirm are granted and the judgments are affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the cases set for oral argument.

---

*Together with No. 998, *Milky Way Productions, Inc., et al.* v. *Leary et al.,* also on appeal from the same court.